1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8  TERRANCE DUANE MITCHELL,

9                                    Plaintiff,          Case No. C21-239-BJR

10         v.                                            ORDER ADOPTING REPORT AND
                                                         RECOMMENDATION AND
11  DOW CONSTANTINE, *et al.*,                           DISMISSING ACTION

12                                    Defendants.

13

14         Before the Court is a Report and Recommendation by the Honorable Michelle L.

15  Peterson, United States Magistrate Judge, that recommends dismissal of this action.  Plaintiff has

16  not filed objections to the Report and Recommendation.

17         Having reviewed the Report and Recommendation, Plaintiff's amended complaint, and

18  the balance of the record, the Court finds and ORDERS as follows:

19         (1)    The Report and Recommendation (Dkt. No. 10) is approved and adopted.

20         (2)    Plaintiff's amended complaint (Dkt. No. 9) and this action are DISMISSED with

21  prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable claim for relief.  The

22  Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

23

ORDER - 1

1          (3)      The Clerk is directed to send copies of this Order to Plaintiff and to Magistrate

2  Judge Peterson.

3          DATED this 13th day of September, 2021.

Barbara Jacobs Rothstein
United States District Judge

ORDER - 2